## RISON v. HENRY.

No. 4870.   Opinion Filed July 27, 1915.

Rehearing Denied September 2, 1915.

(151 Pac. 586.)

**GRANT OF NEW TRIAL—Sufficiency of Evidence.** Syllabus same as in No. 4869, **A. W. Rison v. A. L. Harri:, ante,** p. 768, 151 Pac. 584.

(Syllabus by Galbraith, C.)

*Error from County Court, Marshall County;*
*J. W. Falkner, Judge.*

Action by A. W. Rison against J. L. Henry.   Judgment for defendant, and plaintiff appeals.   Reversed.

*O. P. Jones* and *A. W. Rison,* for plaintiff in error.

*Kennamer & Coakley* and *E. S. Hurt,* for defendant in error.

Opinion by GALBRAITH, C.   This case is governed by the law as announced in No. 4869, *A. W. Rison v. A. L. Harris, ante,* p. 768, 151 Pac. 584, this day decided.

For the reasons given in the opinion in that case, we recommend that the judgment appealed from be reversed, and the cause remanded for a new trial.

By the Court:   It is so ordered.